# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:03cr51LAC

MARVIN A. WILLIAMS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  APRIL 10, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE   on 4/10/08   Doc.# 45

RESPONSES:

            on          Doc.#

            on          Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)      Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 17th day of June, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) Although defendant's base offense level would be reduced from 32 to 30 pursuant to Amendments 706, 711 and 715 to the Sentencing Guidelines, his total offense level still remains at 34 based on the Career Offender provision. Therefore, his guideline imprisonment range of Life imprisonment remains unchanged. For these reasons the defendant is not eligible for relief under the Amendments.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.